

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER OF REINSTATEMENT

Appellate case name:        David Nino v. The State of Texas

Appellate case number:    01-19-00510-CR

Trial court case number:   1548026

Trial court:                      209th District Court of Harris County

Appellant, David Nino, has filed a motion to reinstate this appeal. On February 4, 2020, we issued an order abating this appeal because appellant did not file a brief. On February 3, 2020, the night before our abatement order issued, appellant filed his brief in this Court. Ten days have passed without a response from appellee, the State of Texas. *See* TEX. R. APP. P. 10.3(a). Accordingly, we **grant** appellant's motion, withdraw our February 4, 2020 order of abatement, and reinstate this appeal. Appellant's prior motions to extend time, which we denied in our abatement order that we now withdraw, are **dismissed** as moot. The brief of appellee, the State of Texas, is due 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature:    /s/  Evelyn V. Keyes
                                ☑ Acting individually    ☐ Acting for the Court

Date: February 20, 2020